

# U.S. District Court

## California Northern - Oakland

Receipt Date: Oct 20, 2025 1:20PM

Beverley Jane Wellington
312 W. 2nd st
#1550
Casper, WY 82601

| Rcpt. No: 411018637 | Trans. Date: Oct 20, 2025 1:20PM | | | Cashier ID: #KO (6643) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #262551 | 10/20/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** 25-09011 YGR

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.